AO 91 (Rev. 11/11)  Criminal Complaint

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

2016 APR -4  PM 3: 12

| | |
|---|---|
| United States of America<br>v.<br>[1] Emmanuel GAZMEY-SANTIAGO aka. "Anuel",<br>[2] Joseph SIRAGUZA-DE JESUS and<br>[3] Joran TORRES-ROSARIO<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   16 - 554 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 3, 2016 _____ in the county of _____ San Juan _____ in the
_____ Judicial _____ District of _____ Puerto Rico _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 2. | Count 1:  Possession of a Firearm by a convicted felon: Defendants (#2 & #3), aided and abetted by Defendant #1, bieng persons convicted in court of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly and unlawfully possessed in and affecting interstate commerce, firearms, as defined under Federal Law, that is, a loaded (1) Glock pistol, Model 30, .45 caliber, bearing serial number WAR896, (2) Glock pistol, Model 19, 9mm caliber, bearing serial number WLV369, & (3) a Glock pistol, Model 23, .40 caliber, bearing serial number DVH618US. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by: AUSA Max Pérez-Bouret

_____
*Complainant's signature*

Wallace A. Bustello, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/04/2016 _____

_____
*Judge's signature*

City and state: _____ San Juan, Puerto Rico _____

U.S. Magistrate Judge Bruce J. McGiverin
*Printed name and title*